People v Timmons (2022 NY Slip Op 07416)

People v Timmons

2022 NY Slip Op 07416

Decided on December 23, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2022

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, CURRAN AND WINSLOW, JJ. (Filed Dec. 23, 2022.) 

MOTION NO. (1235/19) KA 01-01201.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DENNIS TIMMONS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.